OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

July 21, 2023

Alnisa S. Bell
Seyfarth Shaw
620 Eighth Avenue
New York, NY 10018

William R. Brown
Schuckit & Associates
4545 Northwestern Drive
Zionsville, IN 46077

Dorothy A. Kowal
Price Meese Shulman & D'Arminio
50 Tice Boulevard
Suite 380
Woodcliff Lake, NJ 07677

RE: Michael Ritz, et al v. Equifax Information Services LLC, et al
Case Number: 23-2181
District Court Case Number: 3-20-cv-13509

Dear Counsel:

Pursuant to our docketing letter dated **July 6, 2023**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**
**Disclosure Statement**

The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very Truly Yours,

s/ Patricia S. Dodszuweit
Clerk

By: s/ James King
Case Manager
Direct Dial: 267-299-4958

cc:   Steven L. Fox, Esq.
Jacob M. Polakoff, Esq.
Matthew W.H. Wessler, Esq.