No. 23-2181

In the

# United States Court of Appeals
## for the Third Circuit

---

MICHAEL RITZ; ANDREW RITZ,

*Plaintiffs-Appellants,*

v.

EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; NISSAN-INFINITI LT,

*Defendants-Appellees.*

---

On Appeal from the United States District Court
for the District of New Jersey
The Honorable Georgette Castner, District Judge
Case No. 3:20-cv-13509

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF**

---

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Third Circuit L.A.R. 31.4, Defendant-Appellee Nissan Motor Acceptance Company, LLC ("NMAC"), improperly pled as Nissan-Infiniti LT, respectfully moves for a 30-day extension of time, to and including Monday, April 1, 2024, within which to file its response brief. NMAC's counsel have conferred with counsel for Plaintiffs-Appellants, who consented to this extension of time.

1

The current deadline for NMAC to file its response brief is March 1, 2024. This is NMAC's first and expected to be sole request for an extension of time.

Good cause and substantial need exist for the requested extension, and this motion is not made for any improper purpose or delay. NMAC's counsel are new to the case on appeal, which implicates a major discussion across the circuits about the meaning of the Fair Credit Reporting Act (FCRA). Counsel for NMAC also has two briefs due in the Fourth Circuit, one brief in the Fifth Circuit, and one brief in the Pennsylvania Supreme Court, all with approaching deadlines and requiring attention during this period, and has planned since last fall to be out of the country and inaccessible for ten days during the same time.

For the foregoing reasons, NMAC respectfully requests that the deadline to file its response brief be extended by 30 days from March 1, 2024, to April 1, 2024.

Dated: February 5, 2024          Respectfully submitted,

                                 s/ Matthew A. Fitzgerald
                                 Matthew A. Fitzgerald
                                 MCGUIREWOODS LLP
                                 Gateway Plaza
                                 800 East Canal Street
                                 Richmond, VA 23219
                                 T: (804) 775-4716
                                 F: (804) 698-2251
                                 mfitzgerald@mcguirewoods.com

                                 *Counsel for Defendant-Appellee*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because:

- The motion contains 228 words, excluding the parts exempted by Rule 27(a)(2)(B).

This motion complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and Fed. R. App. P. 32(a)(6) because:

- The motion has been prepared in a proportionally spaced 14-point Times New Roman font using Microsoft Word.

*s/ Matthew A. Fitzgerald*
Matthew A. Fitzgerald

## CERTIFICATE OF SERVICE

I hereby certify that, on February 5, 2024, the foregoing was filed with the Clerk of the United States Court of Appeals for the Third Circuit using the appellate CM/ECF system, which will also serve counsel of record.

<u>*s/ Matthew A. Fitzgerald*</u><br>
Matthew A. Fitzgerald